UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FAYED,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>       Defendants. | No.  1:25-cv-00734 GSA (PC)<br><br>ORDER DIRECTING TRANSFER OF MATTER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and other statutory provisions and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  ECF Nos. 1, 2.  This proceeding was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).  For the reasons stated below, the Court will order this matter transferred to the Central District of California.

I.   RELEVANT FACTS

Plaintiff, an inmate currently incarcerated at the California Health Care Facility has named the County of Los Angeles, the City of Los Angeles, the Chief Justice of the California Supreme Court, and the Chief Judge of the Los Angeles County Superior Court as Defendants in this action.  ECF No. 1 at 1-3.  He alleges violations of right stemming from the fact that since 2011, he has not been appointed counsel so that he can pursue post-conviction relief as an "indigent capital appellant."  See ECF No. 1 at 9-11.  He contends that Proposition 66,  and other State

statutes, guarantee him the right to habeas counsel, but that he has yet to have counsel appointed to his case. ECF No. 1 at 10.

## II. DISCUSSION

Section 1391(b) of the United States Code, title 28, provides, in relevant part, that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. |§ 1391(b)(1)-(2). Plaintiff appears to be challenging actions that happened in Los Angeles County, which is located in the Central District of California. See 28 U.S.C. § 84(c)(2). As well, the majority of the named Defendants are located in the Central district. Venue therefore properly lies in that District. See generally 28 U.S.C. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: __June 20, 2025__        _____/s/ Gary S. Austin_____
                                UNITED STATES MAGISTRATE JUDGE

2