UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **2:25-cv-05514-PA (DTB)**                                        Date: **December 4, 2025**

Title:  **James Michael Fayed v. County of Los Angeles, et al.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT(S):
     None present                                                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

　　On May 27, 2025, plaintiff James Michael Fayed ("Plaintiff"), proceeding pro se, filed a Complaint ("Complaint") under 42 U.S.C. § 1983, along with a Motion to Proceed in Forma Pauperis ("IFP Application"). (Docket Nos. 1, 2). On June 17, 2025, the matter was transferred to the United States District Court for the Eastern District of California, Fresno division. (Docket No. 7). On June 23, 2025, the matter was thereafter transferred to this Court, the United States District Court for the Central District of California. (Docket No. 10).

　　On July 26, 2025, Plaintiff's IFP Application was granted. It was ordered that Plaintiff now owed the Court the total filing fee of $350.00 with an initial partial filing fee of $1.82 due immediately. (Docket No. 14). Plaintiff was admonished that this matter may be dismissed if his initial partial filing fee was not received by the Court within 30 days, *i.e.*, August 26, 2025. (Id.). As the Court had not yet received Plaintiff's initial partial filing fee, on September 9, 2025, prior to dismissing the action, the Court, on its own motion, *sua sponte*, extended Plaintiff's time up to and including October 8, 2025, within which to pay his initial filing fee. (Docket No. 15).

　　On September 22, 2025, the Court received correspondence from Plaintiff wherein he stated that he submitted his paperwork to the Eastern Division and his original paperwork possibly was misplaced and he is indigent and has no means to pay the filing fee. (Docket No. 16).

MINUTES FORM 11                                                                                         Initials of Deputy Clerk  RAM
CIVIL-GEN

On September 30, 2025, the Court acknowledged receipt of Plaintiff's correspondence and advised him that his Complaint and Prisoner Trust Account Statement were received in this Court and the same were not misplaced. Plaintiff was further advised that pursuant to 28 U.S.C. § 1915(b)(1), when a prisoner brings a civil action in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee. On the Court's own motion, the Court again, *sua sponte*, extended Plaintiff's time up to and including October 31, 2025, within which to pay his initial partial filing fee of $1.82.

As of this date, Plaintiff has not paid his initial partial filing fee. Accordingly, Plaintiff is ordered to show cause, in writing, no later than **December 26, 2025**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the payment of Plaintiff's initial partial filing fee in the amount of $1.82. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**